IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00050-WYD-MEH

BUSINESS BANK OF ST. LOUIS, a Missouri Bank,

      Plaintiff,

v.

FEDERAL DEPOSIT INSURANCE CORPORATION, in its capacity as Receiver for Colorado Capital Bank, a Colorado Bank in receivership,

      Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 3, 2012.**

      Defendant's Unopposed Motion for Order Approving Stipulation [filed May 2, 2012; docket #13] is **denied without prejudice**, and the proposed Stipulation Regarding Personal and Financial Information is refused as currently drafted.  The Court grants the parties leave to submit a revised proposed Stipulation and Order consistent with *Gillard v. Boulder Valley Sch. Dist.*, 196 F.R.D. 382 (D. Colo. 2000), in which the Court requires a specific mechanism (process) by which the parties may challenge the designation of information as confidential.  *See id.* at 388-89.  In addition, the Court reminds the parties that they must submit to the Court by email a copy of any proposed order in useable format (Word or Word Perfect).