IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00050-WYD-MEH

BUSINESS BANK OF ST. LOUIS, a Missouri Bank,

    Plaintiff,

v.

FEDERAL DEPOSIT INSURANCE CORPORATION, in its capacity as Receiver for Colorado Capital Bank, a Colorado Bank in receivership,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 8, 2012.**

    Defendant's second Unopposed Motion for Order Approving Stipulation [filed May 7, 2012; docket #16] is **granted** as modified.[1]  The proposed Amended Stipulation and Order Regarding Personal Financial Information is accepted and issued contemporaneously with this minute order.

---

    [1] The Court modified paragraph 9 to include language pursuant to this Court's local rule concerning filing documents under restriction.