IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00050-WYD-MEH

BUSINESS BANK OF ST. LOUIS, a Missouri Bank,

    Plaintiff,

v.

FEDERAL DEPOSIT INSURANCE CORPORATION, in its capacity as Receiver for Colorado Capital Bank, a Colorado Bank in receivership,

    Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 18, 2012.**

    Plaintiff's Unopposed Motion to Amend the Scheduling Order (Doc. No. 11) [filed July 17, 2012; docket #24] is **granted**. For good cause shown, paragraphs 9(f) and 9(g) of the Scheduling Order shall be modified as follows:

| | |
|---|---|
| Deadline for Interrogatories: | July 20, 2012 |
| Deadline for Requests for Production of Documents and/or Admissions: | July 20, 2012 |

All other deadlines and conference dates shall remain the same.