IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00050-WYD-MEH

BUSINESS BANK OF ST. LOUIS, a Missouri Bank,

    Plaintiff,

v.

FEDERAL DEPOSIT INSURANCE CORPORATION, in its capacity as Receiver for Colorado Capital Bank, a Colorado Bank in receivership,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 19, 2013.**

    As discussed during the March 19, 2013 status conference, Defendant's Motion for More Definite Statement [filed March 8, 2013; docket #44] is **denied without prejudice**. The motion seeks relief from a proposed supplemental complaint that has been neither accepted nor rejected by the Court at this time. The Court will, however, consider the arguments raised in the motion, which are also raised in Defendant's response to the pending motion to supplement the complaint, in adjudicating the motion to supplement.