IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   12-cv-00050-WYD-MEH

BUSINESS BANK OF ST. LOUIS, a Missouri Bank,

   Plaintiff,

v.

FEDERAL DEPOSIT INSURANCE COMPANY, in its capacity as Receiver for Colorado Capital Bank, a Colorado Bank in receivership,

   Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

THIS MATTER is before the Court on the parties' Stipulation For Voluntary Dismissal With Prejudice Pursuant To Fed. R. Civ. P. 41(a)(1)(A)(ii) [ECF No. 65], filed on July 23, 2013.  After carefully reviewing the above-captioned case, I find that the stipulation should be approved and this case should be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the FEDERAL RULES of CIVIL PROCEDURE.  Accordingly, it is

ORDERED that the parties' Stipulation For Voluntary Dismissal With Prejudice Pursuant To Fed. R. Civ. P. 41(a)(1)(A)(ii) [ECF No. 65] is **APPROVED**.  In accordance therewith, this matter is **DISMISSED WITH PREJUDICE**.  Each party bears its own attorney fees and costs.

DATED: July 23, 2013.

                    BY THE COURT:

                    /s/ Wiley Y. Daniel
                    Wiley Y. Daniel
                    Senior U.S. District Judge